SIW SECURITY INFOWATCH.COM | ADVERTISE | SUBSCRIBE | EXHIBIT A | CANNABIS SECURITY | LOG IN | REGISTER

SECURITY EXECUTIVES | INTEGRATORS | VIDEO SURVEILLANCE | ACCESS & IDENTITY | CYBERSECURITY | PERIMETER SECURITY | ALARMS & MONITORING | RESIDENTIAL TECH

ACCESS & IDENTITY > BIOMETRICS

# InteliTrac Forms Security Alliance for Breakthrough Airport Security System

Alliance earns contract to implement biometric access control at Santiago, Chile airport

Oct. 13, 2004

**Related To:** InteliTrac

InteliTrac announced its "Security Alliance" program, consisting of InteliTrac, AssureTec Systems, Inc., and Cognitec Systems. Together with Unisys Corporation, these firms are providing real-time document authentication, fingerprint verification, and face recognition to the Policia Investigaciones de Chile (PICH), the Chilean equivalent of the FBI, at Santiago Airport in Chile.

Earlier in 2004, PICH awarded Unisys a contract to implement the first biometrics access control system at Santiago Airport, Chile. Unisys serves as the prime contractor and overall security solution integrator, with InteliTrac, Inc. as the subcontractor providing the IdentiPort kiosks, system integration, implementation, and training. AssureTec Systems, Inc. provides the advanced document authentication firmware fully integrated within the IdentiPort system. Cognitec Systems, the winner of National Institute of Standards and Technology's 2002 Face Recognition Vendor Test, provides IdentiPort's baseline facial recognition technology.

Designed for airport facilities and border control checkpoints, this breakthrough system combines face recognition, document authentication, and fingerprint verification technologies into a single integrated package. IdentiPort verifies identification documents such as passports, visas and drivers' licenses, and captures images and fingerprints of air passengers comparing them to the Chilean security local and INTERPOL databases of wanted individuals.

"The IdentiPort system is one of the most exciting technologies of its kind in the marketplace today," says Leo Daiuto, vice president & general manager, Systems & Technology, Unisys. "In concert with Linux-based Unisys ES7000 servers founded on Intel processors, IdentiPort and the members of InteliTrac's 'Security Alliance' are helping Chile lead the way toward safer, more efficient airline travel."

During Phase I of the Chile Santiago airport security upgrade project, Unisys and InteliTrac integrated 60 IdentiPort kiosks into Santiago's legacy security system to enhance security check operations. During Phase II, the Alliance expects that PICH will install an additional 40 IdentiPort units at Santiago Airport and other airport facilities and border control checkpoints within Chile.

Marc Gunderson, president and CEO of InteliTrac, says, "We're proud of the successful introduction of the IdentiPort in Chile, and we look forward to working together with our Security Alliance partners to support PICH in the upcoming phases of the project. By implementing the system, the Chilean government has enhanced safety at Santiago Airport and placed itself at the leading edge of international airport security."

**VOICE YOUR OPINION**