EXHIBIT B





EXHIBIT B





## SITA SMART PATH KIOSKS

A cleverly designed and highly customizable solution that will complement your airport and also meets IATA's common use self-service (CUSS) specifications.

### Key features
- Biometric enablement
- Application development and hosting
- Remote management
- GPP and ATB printers
- Barcode and passport scanners
- Bag tag printers
- IEEE 802.11 wireless connectivity

### Key benefits
- Supports a low-touch passenger environment
- Improves passenger satisfaction through using self service
- Highly customizable design
- Support marketing campaigns with switch out panels
- Designed to be energy efficient



"TOGETHER (WITH SITA), WE HAVE DESIGNED A REALLY SMOOTH AND SECURE DEPARTURE PROCESS FOR OUR CUSTOMERS, INCLUDING CHILDREN, AS THEY LEAVE ORLANDO."

RAOUL COOPER, DIGITAL AIRPORT DESIGN MANAGER
BRITISH AIRWAYS



EXHIBIT B

### SITA SMART PATH BAG DROP

Enables your passengers to easily check in luggage in as little as 15 seconds, resulting in reduced queues, maximized social distancing and lower operational costs.

**Key features**

- Biometrically enabled
- Integrated or stand-alone scanner to ensure authorized bags are processed
- Supports one step, two step or one and two step bag drop process
- Assisted, self-service or hybrid modes
- Dedicated, multi-airline or common use environment
- Common-use payment for excess baggage fees
- Available for either new fit or retro-fit installations

**Key benefits**

- Supports a low-touch passenger environment
- Increases passenger throughput (bag drop under one minute)
- Reduces queues and wait times
- Quick and seamless installation



4   SITA AT AIRPORTS | SITA SMART PATH

EXHIBIT B



### SITA SMART PATH GATES

Improve passenger flow throughout the airport, freeing up staff to perform more pressing duties and reducing the risk of delayed flights.

### Key features

- Biometrically enabled
- Boarding gate reader
- Integrated sensors
- Supports printing of receipts, and last-minute seat reassignments
- In-house certification
- Protocol based on latest IATA specification AEA 2012

### Key benefits

- Improved passenger experience
- Cut down on congestion throughout the airport
- Tighten security and speed up passenger processing times
- Significantly reduce the time it takes to board passengers
- Reduce capital expenditure and lower your operational costs



### WHY SITA?

Over 70 years ago, SITA was born to share data, so collaboration is in our DNA. SITA Operations at Airports is the most comprehensive toolkit of products on the market.

SITA ensures all stakeholders have the information they need to plan for and resolve issues together. For passengers, this means traveling with confidence and control, enjoying a streamlined, predictable, and enjoyable journey. The result is a best-in-class passenger experience they'll want to repeat.

EXHIBIT B



## SITA AT A GLANCE

### Easy air travel every step of the way.

- Through information and communications technology, we help to make the end-to-end journey easier for passengers – from pre-travel, check-in and baggage processing, to boarding, border control and inflight connectivity.
- We work with about 400 air transport industry members and 2,800 customers in over 200 countries and territories. Almost every airline and airport in the world does business with SITA.
- Our customers include airlines, airports, GDSs and governments.
- Created and owned 100% by the industry, SITA is the community's dedicated partner for IT and communications, uniquely able to respond to community needs and issues.
- We innovate and develop collaboratively with our air transport customers, industry bodies and partners. Our portfolio and strategic direction are driven by the community, through the SITA Board and Council, comprising air transport industry members the world over.
- We provide services over the world's most extensive communications network. It's the vital asset that keeps the global air transport industry connected.
- With a customer service team of over 2,000 people around the world, we invest significantly in achieving best-in-class customer service, providing 24/7 integrated local and global support for our services.
- Our annual Air Transport and Passenger IT Insights reports for airlines, airports and passengers are industry-renowned, as is our Baggage IT Insights report.
- In 2019, we had consolidated revenues of US$ 1.8 billion.

For further information, please visit www.sita.aero



For further information, please contact SITA by telephone or e-mail:

**Americas**
+1 770 850 4500
info.amer@sita.aero

**Asia Pacific**
+65 6545 3711
info.apac@sita.aero

**Europe**
+41 22 747 6000
info.euro@sita.aero

**Middle East, India & Africa**
+961 1 637300
info.meia@sita.aero

Follow us on www.sita.aero/socialhub
   

 © SITA 2020
All trademarks acknowledged. Specifications subject to change without prior notice. This literature provides outline information only and (unless specifically agreed to the contrary by SITA in writing) is not part of any order or contract.